IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-761-MOC-DCK

| | |
|---|---|
| JAMES M. ZANONI, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| RICHMAN BRY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Local Counsel Fred B. Monroe on September 17, 2024.

Applicant Jonathan P. Chodos seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Jonathan P. Chodos is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 17, 2024

David C. Keesler
United States Magistrate Judge